IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Courtroom Deputy: Laura Galera | |
| Court Reporter: Kara Spitler | Date: November 27, 2012 |
| Interpreter: Melinda Gonzalez-Hibner | Probation: Michelle Means |

Criminal Action No. 12-cr-00266-RBJ

*Parties*:                                                        *Counsel*:

UNITED STATES OF AMERICA,                 Lillian Alves

    Plaintiff,

v.

FRANCISCO HARO-CARDENAS,                 Matthew Golla

    Defendant.

## SENTENCING MINUTES

**Court in session:** 8:30 a.m.

Appearances of counsel.

Defendant is present in custody.

Interpreter sworn.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant, counsel for the government and the Probation Officer address the Court regarding sentencing.

**ORDERED:** Government's Request For a Four-Level Downward Departure From the Applicable Offense Level Under §5K3.1 [19] is DENIED.

Court advises the defendant he may withdraw his plea as a result of the Court's ruling on the Government's Request For a Four-Level Downward Departure From the Applicable Offense Level Under §5K3.1 [19].

Defense counsel requests a status conference be set so that he can discuss withdrawing the plea with the defendant.

**ORDERED:** Status Conference set **November 30, 2012 at 9:00 a.m.**

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:** 8:57 a.m.

Hearing continued.

Total time: 00:27